**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-225-RJC-DCK**

| | |
|---|---|
| **JOEY SIGMON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **STATE FARM MUTUAL AUTOMOBILE** ) | |
| **INSURANCE COMPANY, STATE FARM** ) | |
| **MUTUAL AUTOMOBILE COMPANY** ) | |
| **STATE FARM INSURANCE COMPANY,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the filing of Defendant "State Farm Mutual Automobile Insurance Company's Motion To Dismiss Improperly Named Parties And Unfair And Deceptive Trade Practices Claim" (Document No. 8) on January 19, 2018.

To date, Defendant has failed to file a reply in support of its motion to dismiss, or a notice of intent not to file a reply. See Local Rule 7.1 (e). As such, the undersigned will allow Defendant a brief extension of time to file a reply brief.

The undersigned notes that in the relatively short history of this case the parties have twice failed to meet set deadlines. Counsel for both sides are respectfully advised to review the Local Rules of this Court, including Local Rule 7.1

**IT IS, THEREFORE, ORDERED** that Defendant shall file a reply brief in support of its pending "State Farm Mutual Automobile Insurance Company's Motion To Dismiss Improperly Named Parties And Unfair And Deceptive Trade Practices Claim" (Document No. 8), or a notice of withdrawal of the motion, on or before **March 5, 2018**.

**SO ORDERED**.

Signed: February 23, 2018

David C. Keesler
United States Magistrate Judge